RENE L VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE N. KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Anhwar Telly Young

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00340-PMP-GWF |
| Plaintiff, | **MEMORANDUM AND PROPOSED ORDER** |
| vs. | |
| ANHWAR TELLY YOUNG, | |
| Defendant. | |

COMES NOW, the defendant ANHWAR TELLY YOUNG, by and through counsel Monique Kirtley, Assistant Federal Public Defender who submits this memorandum and proposed order. This memorandum is made based on all prior proceedings had herein and the attached memorandum of points and authorities.

DATED this 6th day of May, 2013.

                                                            RENE VALLADARES
                                                            Federal Public Defender

                                                            */s/ Monique Kirtley*
                                         By_____
                                             MONIQUE KIRTLEY
                                             Assistant Federal Public Defender

MEMORANDUM

On August 31, 2009., Mr. Anhwar Telly Young, plead Not Guilty By Reason of Insanity to count one of the Information alleging a violation of 18 U.S.C. § 844 (e). On April 23, 2012, Mr. Young was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4243. On March 14, 2013, the parties received the Annual Report and Certificate of Conditional Release for Mr. Young from B.R. Jett, Warden Federal Medical Center, Rochester, Minnesota.

On May 6, 2013, the Court held a telephonic status conference. Attending the telephonic status conference was Mr. Anhwar Young, AUSA Gregory Damm, counsel for the government, AFPD Monique Kirtley, counsel for Mr. Young, Dr. Andrew Simcox, PHD, Chief of Psychology, Tanya Willford, LICSW, and Leighann Milford, United States Probation Officer, Eastern District of California. After hearing testimony from the parties the Court Ordered Mr. Young's conditional release pursuant to terms and conditions as listed in the attached proposed order.

DATED this 6th day of May, 2013.

    Respectfully submitted,

    RENE L. VALLADARES  
    Federal Public Defender

    By:*/s/ Monique Kirtley*  
    MONIQUE KIRTLEY  
    Assistant Federal Public Defender  
    Counsel for Anhwar Telly Young

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | DISTRICT OF NEVADA |
| 3 | * * * |

| | | |
|---|---|---|
| 4 | UNITED STATES OF AMERICA, | 2:09-cr-00340-PMP-PAL |
| 5 | Plaintiff, | **PROPOSED ORDER** |
| 6 | vs. | |
| 7 | ANHWAR TELLY YOUNG, | |
| 8 | Defendant. | |

On May 6, 2013, pursuant to 18 U.S.C. § 4247(d), the Court held a Telephonic Status Conference hearing on the certificate filed by the Warden of the Federal Medical Center in Rochester, Minnesota requesting the conditional release of ANHWAR TELLY YOUNG, whom this Court found not guilty by reason of insanity and committed for hospitalization on April 23, 2012. Present at the hearing were AUSA Gregory Damm and Assistant Federal Public Defender Monique Kirtley, counsel for ANHWAR TELLY YOUNG. The Court heard testimony, via teleconference, from Dr. Andrew Simcox, Chief of Psychology at FMC Rochester, Tanya Willford, LICSW, Leighann Milford, United States Federal Probation Officer, and ANHWAR TELLY YOUNG.

Upon careful review of the report and consideration of the testimony presented, the Court finds that ANHWAR TELLY YOUNG's conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment would no longer create a substantial risk of bodily injury to another person or serious damage to the property of another. Therefore, conditional discharge, under the supervision by the United States Probation Office for a period of five (5) years, is appropriate under the conditions set forth below.

Pursuant to 18 U.S.C. § 4243(f)(2), ANHWAR TELLY YOUNG shall be discharged from his commitment to the custody of the Attorney General under the following conditions:

1. Mr. Young will reside with his mother Mary Williams at 4130 W. Ramona Ave., Fresno, CA 93722. Mr. Young will not make any changes in his residence without the

///

advance approval of the mental health providers and the final approval of the Supervising U.S. Probation Officer.

    2.     Mr. Young will comply with all recommendations of treatment and will comply with all appointments with the Fresno County Mental Health Center and/or the contract provider for the U.S. Probation Office. Mr. Young shall not change mental health providers without the advance approval of the U.S. Probation officer.

    3.     Mr. Young is restricted from travel outside of the Eastern District of California except with the prior approval of the U.S. Probation Officer.

    4.     Mr. Young shall comply with psychiatric treatment as directed by the treatment team and the U.S. Probation Office, to include oral and injectable psychotropic medications.

    5.     While Mr. Young is in outpatient counseling, he shall comply with being admitted to an inpatient facility or placed in a crisis stabilization facility should his treating clinicians or U.S. Probation Officer deem it is necessary for his safety or the safety of the community

    6.     Mr. Young is to abstain from all use of alcoholic beverages and not frequent places where alcohol is chief item for sale and other drugs not prescribed by his treating physician. His treating physician shall notify the United States Probation Officer of any changes in the administration of anti-psychotic drugs.

    7.     Mr. Young is to submit to urine analysis and other drug testing for the detection of use of controlled substances and to undergo regular urine or serum blood level screening if ordered by the treating physician or the U.S. Probation Officer to ensure abstinence from substances and the maintenance of a therapeutic level of medication.

    8.     Mr. Young shall participate in outpatient/inpatient substance abuse counseling as directed by the U.S. Probation Officer, if deemed necessary.

    9.     Mr. Young shall not possess any firearms, destructive devices, or other dangerous weapons. The defendant shall submit to the search of his person, property, home, and vehicle by a U.S. Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion without a search

warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants of the residence that the premises may be subject to searches pursuant to this condition.

10. Mr. Young shall not commit another federal, state, or local crime.

11. Mr. Young is to report any contact with any law enforcement officer to the U.S. Probation Office within 24 hours of the contact.

12. Mr. Young shall answer truthfully all inquires by the U.S. Probation Officer and follow the instructions of the U.S. Probation Officer.

13. Mr. Young will be supervised by the U.S. Probation Office for a specified period imposed by the Court to ensure his compliance. Mr. Young will comply with the standard conditions of the U.S. Probation Office, Eastern District of California, including waiving his right to confidentiality regarding his mental health treatment in order to allow sharing of information with the Supervising Probation Officer who will assist in evaluating the ongoing appropriateness of community placement.

14. The medical provider may at any time recommend modification or elimination of the regimen of medical, psychiatric, or psychological care or treatment, upon certification to this Court that to do so would not create a substantial risk of bodily injury to another person or serious damage to the property of another. Any party requesting modification or termination of the Conditions of Release shall submit adequate documentation supporting the request through the Supervisory U.S. Probation Officer, to the Civil Division of the United States Attorney Office for the Eastern District of California, for a determination as to whether a motion for release should be filed.

15. Mr. Young's failure to adhere to any of these conditions will result in him being located, taken into custody, and subsequently review by the federal court of jurisdiction for suitability for continued release to the community

**IT IS HEREBY ORDERED** that Defendant can be released from FMC Rochester as soon as transportation arrangements have been made to transport Mr. Young from FMC Rochester to Fresno, California.

**IT IS FURTHER ORDERED** that the Clerk will send a copy of this Order to Warden, Federal Medical Center, P.O. Box 4600, Rochester, MN55903-4600, reference Reg. No. 43660-048, and to U.S. Probation Office, Eastern District of California, 2500 Tulare Street, Suite 3401, Fresno, CA 93721-1330.

DATED this __ 6th day of May, 2013.

_____
PHILIP M. PRO
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 6, 2013, she served an electronic copy of the above and foregoing **Memorandum and Proposed Order,** by electronic service (ECF) to the person named below:

>DANIEL G. BOGDEN
>United States Attorney
>J. GREGORY DAMM
>Assistant United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, Nevada 89101

>*/s/ Blanca Lenzi*
>_____
>Employee of the Federal Public Defender